■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURO GARCIA, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered July 3, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.